# EXHIBIT A

## CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, RKP Service Inc. d/b/a Rainbow Car Wash, to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with RKP Service Inc. d/b/a Rainbow Car Wash.

2. During the past 3 years, there were occasions when I worked more than 40 hours in a week for RKP Service Inc. d/b/a Rainbow Car Wash, and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: _____

_____
Signature

_____
Print Name

## FORMULARIO DE CONSENTIMIENTO

1. Consiento para afirmar reclamaciones por violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*, contra mi empleador actual/anterior, RKP Service Inc. d/b/a Rainbow Car Wash, para asegurar cualquier ayuda que podrá concederse, incluyendo pago de horas extras, daños y perjuicios, honorarios de abogados, gastos y cualquier otra reparación que surja de mi empleo con RKP Service Inc. d/b/a Rainbow Car Wash.

2. Durante los últimos 3 años, había ocasiones en que he trabajado más de 40 horas a la semana para RKP Service Inc. d/b/a Rainbow Car Wash, y no recibí compensación adecuada por aquellas horas.

3. Consiento a Shulman Kessler LLP para representarme en este pleito.

Fecha: 9/26/17

_____
Firma

Jose L Reyes C.
Nombre en Letra