| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 4/20/2018<br>TIME: 10:00 am |

CASE:  **CV 17-5627(SIL) Cabrera v. RKP Service, Inc. et al**

TYPE OF CONFERENCE:   FAIRNESS HEARING        FTR: 11:22-11:29

APPEARANCES:
   For Plaintiff:   Marijana Matura

   For Defendant: Aaron Nathaniel Solomon

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: The parties' joint motion for approval of the settlement agreement under the FLSA, DE [11], is granted for the reasons set forth on the record.


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge