UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE REYES CABRERA, on behalf of himself
and all others similarly situated,

                         Plaintiff,

-against-

RKP SERVICE, INC. d/b/a RAINBOW CAR WASH,
RITA DEGIRMENCI, and KEVIN DEGIRMENCI, *DIHELPS (KD)*

                         Defendants.
----------------------------------------------------------------X

Case No.: 17 Civ. 5627 (SIL)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs and that JOSE REYES CABRERA is precluded from bringing any further claims under the Fair Labor Standards Act, the New York Labor Law, or any federal, state, or local law relating to the payment of wages, including, but not limited to, overtime pay, for the period set forth in the Complaint.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals; and

| | |
|---|---|
| Kaufman Dolowich & Voluck, LLP<br>*Attorneys for Defendants* | Shulman Kessler LLP<br>*Attorneys for Plaintiff* |
| By: Ellen Storch, Esq.<br>Aaron N. Solomon, Esq.<br>135 Crossways Park Drive, Ste. 201<br>Woodbury, New York 11797<br>(516) 681-1100 | By: Marijana Matura, Esq.<br>534 Broadhollow Road<br>Suite 275<br>Melville, NY 11747<br>(631) 499-9100 |

SO-ORDERED

/s/ STEVEN I. LOCKE
_____
The Hon. Steven I. Locke U.S.M.J.

4849-1550-3192, v. 1